*parte* order discontinuing the action. The action is brought to recover for the principal and interest due upon a bond secured by a mortgage.) Present —[Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

WILBUR DUNKEL and GEORGIA DUNKEL, Appellants, v. HOMINDUSTRIES, INC., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. Memorandum: In affirming this order we are not called upon to determine what the construction of this will should be further than to say that we find questions of fact under both claims, that respecting the easements and that respecting the construction of the will. All concur. (The order denies motion to strike out amended answer and for summary judgment in an action to recover purchase price of a house purchased on a contract.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

SANFORD C. BUSH, as Trustee in Bankruptcy of HOWARD J. RADLEY and HOWARD A. STEYAART, Composing the Firm of H. J. RADLEY & COMPANY, Respondent, v. GEORGE W. HAXTON & SON, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to compel defendant to account in a joint undertaking.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

ANNA THIEDT, Respondent, v. BERNHARDT THIEDT, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff a separation in a matrimonial action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

ANNA THIEDT, Respondent, v. BERNHARDT THIEDT, Appellant.— Order reversed, without costs, and motion denied, without costs. Memorandum: We find no sufficient reason in the moving papers to justify the Special Term in effect modifying the judgment very recently entered as to alimony and maintenance granted after a full trial of all the issues and matters by the official referee. All concur. (The order directs defendant to pay additional alimony in the action last above named.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of STANLEY CZECHOWSKI, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, and Others, Commissioners of Alcoholic Beverage Control Division, and Others, Defendants.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari to review revocation of beer license.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

WELCOME A. HANOR, Appellant, v. CLAUDE V. STOWELL and Others, Respondents.— Judgments affirmed, with one bill of costs. All concur. (The judgments dismiss the complaint in an action to foreclose a chattel mortgage.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

PAUL C. MARTIN, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23912.) — Judgment affirmed, with costs. All concur. (The judgment dismisses the claim for personal injuries caused by driving an automobile off the State highway.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Petition of the ROCHESTER BAR ASSOCIATION for an Inquiry by the Court into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Matters relating to the above proceeding referred to the district